



FILED
AT 7:00 O'CLOCK A M
JUN 27 2017
DISTRICT CLERK
11th COURT OF APPEALS
EASTLAND, TEXAS
6/27/17 9:08:41 AM
SHERRY WILLIAMSON
Clerk

*APPEAL*

## CAUSE NO. 26721-A  Continuous Sexual Abuse Child F1

### State of Texas vs. Franklin Elvin Fenley

---

## NOTICE OF APPOINTMENT

On this day, the above named defendant filed an application for court appointed counsel.

The request was **APPROVED.**

**Stan Brown**, an attorney licensed to practice law in Texas, is appointed to represent the above named individual, who is currently **in Eastland County Jail.**

As required by the Texas Fair Defense Act, the appointed attorney shall make every reasonable effort to contact the defendant by the end of the first working day after the date of this appointment, and to interview the defendant as soon as practicable.

Signed this 26th day of June, 2017.

Sharon Miller
Indigent Defense Coordinator
(O)325.738.8541
(F) 325.738.8542

CC:   District Attorney
      Defendant
      Attorney at Law:   Stan Brown
                         334 Chestnut
                         Abilene, TX  79602
                         325-677-1851

*Defendant Released to Eastland County 06/26/17 @0931 hrs.*